Case No. 1:23-mc-00091   Document 1   filed 09/25/23   USDC Colorado   pg 1 of 2

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
5:39 pm, Sep 25, 2023
JEFFREY P. COLWELL, CLERK

**U.S. Department of Justice**

Executive Office for United States Attorneys
Human Resources

Suite 7.800, 3CON Building
175 N Street, NE
Washington, DC 20530

(202) 252-5300
FAX (202) 252-5301

September 11, 2023

Honorable Cole Finegan
United States Attorney
District of Colorado
1801 California Street
Denver, CO 80202

Dear Mr. Finegan:

Pursuant to 28 U.S.C. §543 and a request from your office, effective September 11, 2023, Ms. Janelle L. Surace, is hereby appointed as a Special Assistant United States Attorney for your district subject to the following conditions:

1. The appointee will assist with Violent Crimes Cases on the Western Slope.

2. This appointment expires on September 10, 2028, unless extended.

3. The appointee will report to and act under your direction or the direction of any Assistant United States Attorney you may designate with regard to any matter handled.

4. This appointment is without compensation.

5. During the term of this appointment, the appointee will be subject to the same laws, regulations, and policies as are applicable to all Federal employees. These include the Standards of Ethical Conduct for Employees of the Executive Branch, 5 C.F.R. Part 2635 et seq.; federal conflict of interest laws, 18 U.S.C. §§ 207, 208, and 209; laws restricting the disclosure of certain confidential governmental information, 18 U.S.C. § 1905, and the Freedom of Information and Privacy Acts, 5 U.S.C. §§ 552 and 552a; and political activity restrictions, 5 U.S.C. § 7321 et seq.

6. If the appointee requires access to restricted information involving a matter other than that to which he was appointed, he shall request authorization from the United States Attorney. Further, he will adhere to and understand that the limitations of access to the United States Attorney's Office is determined by the United States Attorney in that office.

7. This appointment may be terminated at any time without cause or notice.

8. A copy of this letter must be filed with the Clerk of the District Court to evidence this appointment.

Please ensure that the appointee executes the enclosed Appointment Affidavit containing the oath of office and the signed copy of this letter acknowledging their agreement to the terms and conditions of this appointment. Please return completed documents within 14 days to, Jewel Campos, Assistant Director, Human Resources, Operations Division.

Sincerely,

*Jewel Campos* (Digitally signed by JEWEL CAMPOS, Date: 2023.09.11 07:31:33 -04'00')

Jewel Campos
Assistant Director, Operations
Human Resources Staff
Executive Office for United States Attorney

The foregoing terms and conditions are hereby agreed to and accepted:

*Janelle V. Surace* (signature)

Janelle V. Surace

Date: 9-20-2023

Enclosures
a)   Appointment Affidavit / Oath of Office (SF-61)